# Order

Michigan Supreme Court
Lansing, Michigan

December 15, 2005

Clifford W. Taylor,
Chief Justice

128947

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ERIC BRAVERMAN, Individually, and as Next
Friend of CHRISTOPHER R. BARONSSON,
       Plaintiff-Appellant,

v

SC: 128947
COA: 253619
Wayne CC: 01-117009-NO

DON BOSCO HALL,
       Defendant-Appellee,

and

STEVE PELC, KAREN PELC, SPECTRUM
HUMAN SERVICES, INC., DONNA ST. JOHN,
KATHRYN F. ZYWICKI, JULIE LYSKOWA,
f/k/a JULIE DEHRING, LENORA BROWN, and
JOSEPH BONO, Ph.D.,
       Defendants.

_____/

       On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       KELLY, J., would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

s1208